LENA SOKOLOFF, Appellant, *v.* RACHAEL LEAH WAPNICK,
Defendant.

Supreme Court, Appellate Term, Second Department, February 24, 1933.

*Max Shulman* [*Louis Timberg* and *Rubin Mazel* on the brief],
for the appellant.

*Emile Z. Berman*, for the respondent.

PER CURIAM.   It was error for the trial court to direct a verdict.
The plaintiff did not join in the motion for a direction and did not
consent that the trial court determine the questions of fact.   She
duly excepted to the granting of the motion for a direction.   Plain-
tiff's evidence presented questions of fact.   While there were
contradictions in plaintiff's testimony, her credibility was a matter
for the jury to pass upon.   It is not necessary to pass upon the
constitutionality of section 457-a of the Civil Practice Act, for,
even if it be valid, it would have no application here, for upon the
record this court cannot say that a verdict for the plaintiff would
have been against the weight of the evidence.   Apart from section
457-a, the court is without power to direct a verdict even if the
finding in favor of the other party would be against the weight of the
evidence.   (*McDonald* v. *Metropolitan St. Ry. Co.*, 167 N. Y. 66.)

Judgment unanimously reversed upon the law and new trial
granted, with thirty dollars costs to appellant to abide the event.

All concur; present, CROPSEY, LEWIS and JOHNSTON, JJ.